BRIAN J. MOONEY (SBN: 143795)
BRETT T. MORONEY (SBN: 199795)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
WRIGHT MEDICAL TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARION ELDER,<br><br>   Plaintiff,<br><br>v.<br><br>WRIGHT MEDICAL TECHNOLOGY and DOES 1-50,<br><br>   Defendants. | U.S.D.C. CASE NO. _____<br><br>Case No.: 09 CE CG 00715<br>   (Fresno County Superior)<br><br>**NOTICE OF RELATED CASES**<br><br>Complaint Filed: March 3, 2009 |

Defendant WRIGHT MEDICAL TECHNOLOGY, INC., files this Notice of Related Cases. WRIGHT MEDICAL TECHNOLOGY, INC. is unaware of any cases "related" to this action.

Dated: June 11, 2009

GORDON & REES, LLP

By: _____
BRIAN J. MOONEY
BRETT T. MORONEY
Attorneys for Defendant
WRIGHT MEDICAL TECHNOLOGY, INC.

-1-
NOTICE OF RELATED CASES