JAMES M. MAKASIAN (SBN 71791)
A PROFESSIONAL CORPORATION
ATTORNEY AT LAW
1327 "N" STREET
FRESNO, CALIFORNIA 93721
Telephone: (559) 442-4212 Fax: (559) 445-0328

Attorneys for: Plaintiff

FILED
AUG 3 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

1:09 cv 1038 AWI-SKO

| | |
|---|---|
| MARION ELDER,<br><br>    Plaintiff,<br><br>v.<br><br>WRIGHT MEDICAL TECHNOLOGY and DOES 1-50,<br><br>    Defendants. | U.S.D.C. CASE No.: 1:09-at-00457<br><br>CIVIL CASE No.: 09CECG00715<br>(FRESNO SUPERIOR COURT)<br><br>STIPULATION RE: DISMISSAL, AND PROPOSED ORDER<br><br>Rule 41(a)(1)<br><br>Complaint Filed: March 3, 2009 |

PLEASE TAKE NOTICE:

That **PLAINTIFF, MARION ELDER**, and **DEFENDANT, WRIGHT MEDICAL TECHNOLOGY**, have settled this case. Accordingly, Plaintiff and Defendant, hereby stipulate that the case be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice.

///

///

///

1

Respectfully Submitted,

Dated: July 30, 2010

/s/JAMES M. MAKASIAN
JAMES M. MAKASIAN
Attorney for Plaintiff

Dated: July 30, 2010

/s/BRETT T. MORONEY
Brett T. Moroney, Esq.
Brian J. Mooney, Esq.
GORDON & REES, LLP
Attorneys for Defendant

## ORDER

The Stipulation to dismiss is **GRANTED**. The Clerk of the Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: 8-2-10

UNITED STATES DISTRICT JUDGE